UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK A. COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CYNTHIA Y. TAMPKINS, et al.,<br><br>　　　　Defendants. | No. EDCV 13-1029 SVW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that plaintiff's claims against defendants Tampkins, Brewer, Maxwell, Chijioke, and Vervon are dismissed with prejudice; and that plaintiff may serve the First Amended Complaint on defendants Cardoza and Butler.

DATED: December 16, 2013

　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　United States District Judge