UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1029 SVW (FFM) | Date | September 12, 2014 |
|---|---|---|---|
| Title | FREDERICK A. COOPER v. WARDEN CYNTHIA Y. TAMPKINS, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING ADDRESS

On August 8, 2014, defendants filed an ex parte application for an extension of time to respond to the complaint herein. On August 22, 2014, the Court issued an order granting defendants' request. The service copy of that order sent to plaintiff has since been returned to the Court with the notation "Insufficient Address Unable to Forward."

Pursuant to Local Rule 41-6:
A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Local Rule 41-6; *see Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Plaintiff is ordered to show cause within fifteen (15) days of the date of this order why this action should not be dismissed as to him for his failure to inform the Court of his change of address.

Failure to file a timely response to this order within the time specified will be deemed consent to the dismissal of this action.