```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                July 14, 2015

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY: ___CL___ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK A. COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CYNTHIA Y. TAMPKINS, SGT. R. BREWER, C/O CARDOZA, C/O J. BUTLER, DR. MAXWELL, NURSE C. CHYIOKE, JOHN DOES, et al.,<br><br>　　　　Defendants. | No. EDCV 13-1029 SVW (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT IS ORDERED that defendant's motion to revoke plaintiff's *in forma pauperis* status is GRANTED; and that this action will be dismissed without prejudice unless plaintiff submits the full filing fee within 30 days from the date of this order.

DATED: ___July 14, 2015___

　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge