1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK A. COOPER, | No. EDCV 13-1029 SVW (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| WARDEN CYNTHIA Y. TAMPKINS, et al., | |
| Defendants. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: June 22, 2016

_____

STEPHEN V. WILSON
United States District Judge